IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| GERALD STOKES, | |
| Plaintiff, | CIVIL ACTION NO.: 6:21-cv-21 |
| v. | |
| MR. FIGERUROA, et al., | |
| Defendants. | |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Doc. 34. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims against Defendants Georgia Department of Corrections and Warden Edwards. Plaintiff's claims against Defendants Figeruroa, Goul, Nurse Stone, and Ms. Jones remain pending.

**SO ORDERED**, this 22nd day of November, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA